**CHRISTENSEN JAMES & MARTIN, CHTD.**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the
Painters & Floorcoverers Joint Committee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER B. ARNOLD, an individual; CBA INVESTMENTS, LLC, a Nevada limited liability company; HI-CON, INC., a California corporation; RM GENERAL CONTRACTING, INC., a Nevada corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01366-MMD-GWF<br><br>**STIPULATION AND JOINT MOTION TO EXTEND DISCOVERY CUT-OFF DATE**<br>**[Second Request]** |

The Plaintiff, BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE ("Plaintiff" or "PFJC"), by and through its attorneys, Christensen James & Martin, Chtd., and Defendant, HI-CON, INC. ("Hi-Con"), by and through its attorneys, Dickinson Wright PLLC, pursuant to LR 26-4 and LR IA 6-1, hereby stipulate and jointly move for an extension of the discovery cut-off date, as follows:

1. On January 17, 2018, the Plaintiff filed a Motion to Extend Discovery Cut-Off Date [First Request] [ECF No. 24].

2. On January 19, 2018, the Court entered an Order [ECF No. 25] denying the Motion without prejudice for failure "to provide adequate certification regarding the parties' meet and confer efforts."

3. The Parties have met and conferred and agree that extension of the discovery cut-off date is appropriate for the reasons set forth in the Motion.

4. The Parties will use the extra time to complete remaining discovery and work toward completing a settlement.

5. The Parties request that the Discovery Cut-Off Date of January 31, 2018 be extended 45 days to Monday, March 19, 2018.

6. Following denial of the first request without prejudice, this is the parties' second request for extension of the discovery cut-off date.

| CHRISTENSEN JAMES & MARTIN | DICKINSON WRIGHT PLLC |
|---|---|
| By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>Nevada Bar No. 11871<br>*Attorneys for Plaintiff Board of Trustees of the Painters & Floorcoverers Joint Committee*<br><br>Date: 1/24/2018 | By: /s/ Eric D. Hone<br>Eric D. Hone, Esq.<br>Nevada Bar No. 8499<br>*Attorneys for Defendant Hi-Con, Inc.*<br><br>Date: 1/24/2018 |

IT IS SO ORDERED.

_/s/ George Foley Jr._
United States Magistrate Judge

Date: 01/25/2018