**CHRISTENSEN JAMES & MARTIN, CHTD.**
DARYL E. MARTIN, ESQ. (6735)
WESLEY J. SMITH, ESQ. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com, wes@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the
Painters & Floorcoverers Joint Committee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER B. ARNOLD, an individual; CBA INVESTMENTS, LLC, a Nevada limited liability company; HI-CON, INC., a California corporation; RM GENERAL CONTRACTING, INC., a Nevada corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-01366-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF HI-CON, INC., WITH PREJUDICE** |

The Plaintiff, BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE ("Plaintiff" or "PFJC"), by and through its attorneys, Christensen James & Martin, Chtd., and Defendant, HI-CON, INC. ("Hi-Con"), by and through its attorneys, Dickinson Wright PLLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that

1. All claims asserted by Plaintiff against Hi-Con are dismissed with prejudice; and

2. Each party shall bear its own attorney's fees and costs.

| **CHRISTENSEN JAMES & MARTIN** | **DICKINSON WRIGHT PLLC** |
|---|---|
| By: /s/ Wesley J. Smith | By: /s/ Gabriel A. Blumberg |
| Wesley J. Smith, Esq. | Gabriel A. Blumberg, Esq. |
| Nevada Bar No. 11871 | Nevada Bar No. 12332 |
| *Attorneys for Plaintiff Board of Trustees of the Painters & Floorcoverers Joint Committee* | *Attorneys for Defendant Hi-Con, Inc.* |
| Date: 4/18/2018 | Date: 4/18/2018 |

IT IS SO ORDERED.

_____
United States District Judge

Date: April 18, 2018

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

# CERTIFICATE OF SERVICE

I am an employee of Christensen James & Martin. On the date of filing the foregoing papers with the Clerk of Court, I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR IC 4-1 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally-recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ ELECTRONIC MAIL: By sending the above-referenced document via electronic mail to those persons and those addresses listed below:

**CHRISTENSEN JAMES & MARTIN**

By: */s/ Natalie Saville*